IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**RYEGATE SHOW SERVICES, INC.,** : Civil No. 1:18-CV-1519
:
**Plaintiff,** :
:
v. :
:
**E-1 MACHINE, LLC,** :
:
**Defendant.** : Judge Sylvia H. Rambo

### **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED AS FOLLOWS:**

1) Tucker R. Hull, Esquire's consented motion for leave to withdraw as counsel for Defendant (Doc. 30) is **GRANTED**;

2) Plaintiff's motion to dismiss Defendant's objections to personal jurisdiction/motion for sanctions (Doc. 32) is **GRANTED**. Specifically, Defendant's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) (Doc. 6) is **DENIED**, and Plaintiff's request for fees and costs totaling $1,638.50 is **GRANTED**.

3) Defendant's motion to enlarge time to retain new counsel (Doc. 31) is **GRANTED** in that it has thirty days, or until September 6, 2019, for new counsel to enter his or her appearance.

4) In the event Defendant is able to retain new counsel, the case management deadlines are as follows:

| | |
|---|---|
| Fact Discovery Deadline | February 14, 2020 |
| Plaintiff's Expert Report(s) | November 29, 2019 |
| Defendant's Expert Report(s) | December 20, 2019 |
| Supplemental Expert Reports | January 17, 2020 |
| Expert Discovery Deadline | February 14, 2020 |
| Dispositive Motions & Supporting Briefs | March 23, 2020 |
| Motions in Limine & Supporting Briefs | May 11, 2020 |
| Motions in Limine Response | May 21, 2020 |
| Motions in Limine Reply | May 28, 2020 |
| Pre-Trial Memorandum | September 12, 2020 |
| Proposed Voir Dire Questions | September 12, 2020 |
| Proposed Jury Instructions | September 12, 2020 |
| Pretrial Conference | June 18, 2020 at 3:30 P.M. |
| Jury Selection/Trial Date | July 6, 2020 |

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: August 7, 2019